IN THE COURT OF CRIMINAL APPEALS


OF TEXAS








NO. PD-1510-12





RONNIE CHARLES BAYLOR, JR., Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE SIXTH COURT OF APPEALS

HUNT COUNTY




 Per curiam. KEASLER and HERVEY, JJ., dissent.


ORDER

 The petition for discretionary review violates Rules of Appellate Procedure 9.3(b),
68.4(i), and 9.4(i)(2)(D) because the original petition is not accompanied by 11 copies, it
does not contain a copy of the opinion of the Court of Appeals, and the petition exceeds
15 pages.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be
filed in the Court of Criminal Appeals within thirty days after the date of this order.


 

Filed: March 6, 2013

Do Not Publish